PER CURIAM.

(No. 6079—Claimant )

GULF OIL CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, VARIOUS AGENCIES, Respondent.

*Opinion filed October 11, 1973.*

GULF OIL CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

■■■■■■■■

PER CURIAM.